ClientCaseID:                    87716                    CaseReturnDate:   7/30/26

**Affidavit of  A PRIVATE INVESTIGATOR**

## COOK COUNTY STATE OF ILLINOIS, CIRCUIT COURT

Case Number **4:26-CV-011290**

I, JOHN  PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  CODEWORKX, LLC.
PERSON SERVED  MARY KINSELLA
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/30/26

That the sex, race and approximate age of the whom I left the    SUMMONS & COMPLAINT
are as follow:

**Sex**  FEMALE  **Race**  WHITE        **Age**   50      **Height**   5'5"        **Build**   150#          **Hair**    BLN

LOCATION OF SERVICE   **501 S 2ND ST**
**SPRINGFIELD, IL, 62756**

Date Of Service    7/30/26              Time of Service    3:15 PM

JOHN  PENNELL                          7/30/2026
**A PRIVATE INVESTIGATOR**
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.